**EXHIBIT F**

# In The Matter Of:

*DR. KAMIAR ALAEI v.*
*STATE UNIVERSITY OF NEW YORK, et al.*

---

*DR. KEVIN WILLIAMS*
*January 13, 2021*

---

COVERING ALL UPSTATE NEW YORK



**M-F Reporting, Inc.**

MFReportingNY.com

Office: 518-478-7220          Mail to: 5 Southside Dr., Suite 11
Fax: 518-371-8517                      Clifton Park, NY 12065

*Min-U-Script® with Word Index*

DR. KEVIN WILLIAMS                                    1

```
 1      STATE OF NEW YORK

 2      COURT OF CLAIMS

 3      ---------------------------------------------------:

 4      In the Matter of the Claim by

 5      DR. KAMIAR ALAEI,

 6                              Claimant,

 7

 8      - Against -                          Claim Number:

 9                                           132554

10      STATE UNIVERSITY OF NEW YORK,

11      STATE UNIVERSITY OF NEW YORK AT ALBANY,

12      and THE STATE OF NEW YORK,

13                              Respondents.

14      ---------------------------------------------------:

15              DEPOSITION of:  DR. KEVIN WILLIAMS

16                   (Respondent Agent)

17

18              Wednesday, January 13, 2021

19                  1:37 p.m. - 2:40 p.m.

20

21

22      HELD:  Via Zoom Video Conferencing

23

24      Reported by:  Deborah M. McByrne

25
```

DR. KEVIN WILLIAMS                                          2

1      APPEARANCES:

2

3      APPEARING FOR CLAIMANT:

4          YOUNG/SOMMER LLC

5                  Five Palisades Drive, Suite 300

6                  Albany, New York 12205

7                  (518) 438-9907

8          BY:   JOSEPH F. CASTIGLIONE, ESQ.

9                  Jcastiglione@youngsommer.com

10

11

12     APPEARING FOR RESPONDENTS:

13         NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

14                 The Capitol

15                 Albany, New York 12224

16                 (518) 776-2576

17         BY:   ANTHONY ROTONDI, ESQ.

18                 Anthony.Rotondi@ag.ny.gov

19

20

21     ALSO PRESENT:

22         Dr. Kamiar Alaei, Claimant

23

24

25

1                S T I P U L A T I O N S

2

3              IT IS HEREBY STIPULATED, by and between the
4        attorneys hereto, that:

5              All rights provided by the C.P.L.R, and
6        Part 221 of the Uniform Rules for the Conduct of
         Depositions, including the right to object to any
7        question, except as to form, or to move to strike
         any testimony at this examination is reserved; and
8        in addition, the failure to object to any question
         or to move to strike any testimony at this
9        examination shall not be a bar or waiver to make
         such motion at, and is reserved to, the trial of
10       this action.

11
               This deposition may be sworn to by the
12       witness being examined before a Notary Public other
         than the Notary Public before whom this examination
13       was begun, but the failure to do so or to return the
         original of this deposition to counsel, shall not be
14       deemed a waiver of the rights provided by Rule 3116
         of the C.P.L.R, and shall be controlled thereby.

15

16             The filing of the original of this
         deposition is waived.

17

18             IT IS FURTHER STIPULATED, that a copy of
         this examination shall be furnished to the attorney
19       for the witness being examined without charge.

20

21

22

23

24

25

```
 1                        DR. KEVIN WILLIAMS,
 2              was called as a witness, and having been first
 3              duly sworn, is examined and testified as
 4              follows:
 5       EXAMINATION BY
 6       MR. CASTIGLIONE:
 7   Q.  Good afternoon, Mr. Williams.  My name is
 8       Joe Castiglione.  I'm an attorney with the law firm
 9       of Young/Sommer.  We represent Kamiar
10       Alaei regarding claims involving the State of New
11       York and SUNY Albany concerning employment.
12                    You're here today as a possible
13       witness to issues relevant to those claims.  I'm
14       going to ask you some questions to try to probe what
15       information or knowledge you might have about the
16       situation.
17                    Just so you're aware, your attorney
18       might interpose objections.  Those are for the
19       record to preserve -- if the attorney objects to the
20       form of the question, you're still required to
21       answer the question when he makes an objection.
22       Just wait for him to make the objection and then you
23       could answer.  Unless he directs you otherwise, you
24       need to answer the question still.
25   A.  Okay.
```

DR. KEVIN WILLIAMS                                    5

```
1   Q.    The stenographer is here to swear you in under oath,
2         to create a transcript of what we're talking about,
3         the questions and answers.  Just so it's clear, let
4         me ask my question entirely first before you
5         respond, then you can answer, simply because she
6         can't type both of us talking at the same time.
7                   Like I said, if an objection is made,
8         let the objection be made and then you can answer.
9         Everything is going to be on the record, meaning
10        it's going to be typed out, included as part of the
11        official transcript, unless the attorneys both agree
12        to go off the record.
13                  If I ask a question, please respond to
14        the best of your ability.  If you don't understand
15        the question or want me to rephrase it, I can
16        certainly do that.  If you need to take a break at
17        any time, bathroom, get a glass of water, whatnot,
18        let us know.  That's no problem.
19                  If you need to talk to your counsel
20        about anything, that's fine.  Let us know.  But if I
21        pose a question, you have to respond to the question
22        first before we can go off the record and you talk
23        to your counsel.
24                  Is there any reason that you won't be
25        able to accurately respond and truthfully respond to
```

DR. KEVIN WILLIAMS                                               6

```
 1            the best of your ability today to questions that I'm
 2            asking?
 3   A.   No.
 4   Q.   Okay.  Can you, again, I'm sorry, state your name
 5            for the record?
 6   A.   Kevin Williams.
 7   Q.   And Mr. Williams, did you review any documents in
 8            advance for preparation of today's deposition?
 9   A.   No, I did not.
10   Q.   And did you have any conversations with anyone in
11            advance for preparation today?  And if they include
12            your attorney, you can tell me, but you don't have
13            to tell me the content of the conversation.
14   A.   Yes, I had a conversation with the attorney.
15   Q.   Okay.  Can you identify -- Are you currently
16            employed?
17   A.   Yes.
18   Q.   What's your current employment position?
19   A.   I'm the Vice Provost and Dean of the Graduate School
20            at the University at Albany and Professor of
21            Psychology, University at Albany.
22   Q.   And how long have you held that position?
23   A.   Since 2010.
24   Q.   Okay.  So you had this same position in 2018?
25   A.   Correct.  The professor position I've held since
```

```
 1        1987, by the way.
 2   Q.   And can you explain to me your responsibilities as a
 3        Vice Provost and Dean of the Graduate School and
 4        your other --
 5   A.   I provide general leadership for the graduate
 6        programs at the University, both strategic
 7        decision-making and oversight of academic policies
 8        and procedures, as well as program registrations and
 9        development.
10   Q.   Were those the same responsibilities that you had in
11        2018 as today?
12   A.   Yes.
13   Q.   I'm going to show you what's been previously marked
14        as Claimant's Exhibit A-1.  The stenographer is
15        going to put it up on the screen and kind of slowly
16        scroll through the first two pages.
17                    So let me ask you, sir:  Are you
18        familiar -- Have you seen this document before, this
19        letter from SUNY, dated February 8, 2018?
20   A.   I don't know.  I don't recall seeing this exact
21        document.
22   Q.   Are you aware of SUNY Albany undertaking an
23        investigation concerning Dr. Alaei in 2018?
24   A.   Yes.
25   Q.   Okay.  Let me ask you first -- And just so it's
```

1         clear for the record, if I refer to SUNY A or SUNY

2         Albany, I'm referring to the State University of New

3         York at Albany; is that fair?

4    A.   Yes, that's fair.  It's technically University at

5         Albany.

6    Q.   Or University at Albany.

7    A.   That's fine.  I got it.  We're used to it.

8    Q.   And if I refer to GIHHR, I'm referring to the Global

9         Institute on Health and Human Resources?

10   A.   Yep.

11   Q.   Okay.  In your position and employment with SUNY

12        Albany in 2018, did you have any responsibility or

13        oversight as to GIHHR operations or activities?

14   A.   Can you repeat the question?

15   Q.   Sure.  In 2018 -- so in your employment position in

16        2018, did you have any responsibilities or oversight

17        of GIHHR operations?

18   A.   No.

19   Q.   Did you work with Dr. Kamiar Alaei at any time in

20        2017 and 2018 concerning your employment activities?

21   A.   I collaborated with Dr. Alaei on research activities

22        and grants, and I believe that was still going on or

23        I was still meeting with him in '17 and '18.

24   Q.   So in other words, you worked together on your

25        respective interest in collaborating to get grants

```
 1          for the programs you were working with at SUNY
 2          Albany?
 3    A.    Correct, yes.
 4    Q.    As to the investigation by SUNY Albany concerning
 5          Dr. Alaei in 2018, when did you first learn about
 6          the investigation?
 7    A.    When -- can I call him Kamiar?
 8    Q.    Yes.
 9    A.    Kamiar received a message -- I'm not sure if it was
10          this letter or not.  But when he received a notice,
11          he contacted me and asked for guidance or
12          clarification.  And actually now that I think of it,
13          I'm sorry, I believe we talked when he got a message
14          asking him to report to HR.  So it might have been
15          before this letter.  I'm not sure.  But Kamiar did
16          inform me that there was an issue going on.
17    Q.    And did you ever learn about SUNY Albany's
18          underlying basis for conducting its investigation
19          regarding Dr. Alaei in 2018?
20    A.    Yes.
21    Q.    Okay.  Can you explain to me what your understanding
22          was and when you, you know, first had that
23          understanding?
24    A.    My understanding of the basis for this letter?
25    Q.    Yes.
```

1    A.    Okay.  I don't know the exact dates, but I had a
2          conversation with the Provost.  The Provost stopped
3          me and mentioned that there was an investigation
4          going on.
5    Q.    And who was the Provost?
6    A.    James Stellar.
7    Q.    And did he share any other information with you at
8          that time about the investigation?
9    A.    No, he did not.
10   Q.    Did you participate or have any role in the
11         investigation between February 2018 and August 2018?
12   A.    No.
13   Q.    Did anybody conduct the -- strike that.
14                   Did anybody -- strike that.
15                   Are you aware of who was conducting
16         the investigation on behalf of SUNY Albany
17         concerning Dr. Alaei in 2018?
18   A.    No, outside of the fact I knew HR was involved.
19   Q.    Okay.  Did anyone ever contact you to solicit any
20         information or input concerning the investigation?
21   A.    No.
22   Q.    Over the course of time, did you have any other
23         conversations with Provost Stellar about the
24         investigation concerning Dr. Alaei, other than what
25         you've just identified?

DR. KEVIN WILLIAMS                                    11

1   A.   I believe I might have talked to him about -- at one
2        point after my conversation with Kamiar, who was
3        looking for clarification, I believe I had a
4        conversation asking if clarification was going to be
5        provided.
6   Q.   And when you're saying "asking for clarification,"
7        what do you mean?
8   A.   If I recall correct -- as best I remember, at the
9        time, Kamiar did not know why there was this
10       alternative assignment.
11  Q.   And other than just what you just testified to, did
12       you have any other involvement or anybody else
13       solicit any information between February 2018 and
14       August 2018 from you concerning this investigation?
15  A.   Can you repeat the question?
16  Q.   Sure.  Other than just what you explained, do you
17       recall having any -- you know what, strike that.
18       Strike that.
19              Can I show you -- or can I have you
20       look at, please, and the stenographer identify and
21       mark Exhibit G-1?
22              (Claimant Exhibit G-1 is marked for
23          identification.)
24  A.   Yep, I remember this e-mail now.
25  Q.   Okay.  Well, let me ask you firstly:  Were you on

1        the Board of Directors for GIHHR in 2018?

2    A.  You know, I'm not sure.  I believe I was.  I don't

3        know for sure.

4    Q.  Do you recall receiving e-mails from SUNY Albany

5        personnel to the Board of GIHHR Board of Directors

6        during that time regarding the -- regarding the

7        direction of GIHHR?

8    A.  Yes, and I clearly -- well, yes, I did.

9    Q.  Okay.  As to this Exhibit G-1 -- and if I could

10       refer you to this e-mail dated February 14, 2018,

11       from an individual with the last name of

12       P-O-U-R-T-A-H-E-R, do you recall receiving this

13       e-mail?

14   A.  Yes.

15   Q.  Okay.  In this e-mail at page 2, if you scroll down.

16       This e-mail refers to a meeting that occurred on a

17       Friday organized by leadership of the University to

18       discuss the leadership of GIHHR.  Are you familiar

19       with the meeting that this student is referring to?

20   A.  I have heard of the meeting.  I did not attend it.

21   Q.  Okay.

22   A.  I was not invited to it.

23   Q.  You were not invited?

24   A.  No.

25   Q.  If you scroll down, this main paragraph that starts

DR. KEVIN WILLIAMS                                    13

```
 1        with "moreover," there's underlined parts that says,
 2        in part:  "Obviously, Dr. Alaei was not allowed in
 3        the meeting.  He was not able to defend himself,
 4        vis-à-vis the accusations that were vaguely and
 5        implicitly projected here and there."
 6                   Did you have any further discussions
 7        with this student?  And I believe it was a former
 8        student?
 9   A.   It was a student, a graduate student, who --
10   Q.   Graduate student?
11   A.   Yes, I'm sorry.  What was your question?  Did it
12        have any --
13   Q.   Sorry.  Did you have any follow-up discussions with
14        this person regarding the issues they were raising
15        in this e-mail after you received the e-mail?
16   A.   I do not recall.  I probably acknowledged getting
17        the e-mail.  And I, obviously, replied.  But I don't
18        recall any subsequent.
19   Q.   The language I just referred to, it says, in part:
20        "He was not able to defend himself" -- referring to
21        Dr. Alaei -- "vis-à-vis the accusations that were
22        vaguely and implicitly projected here and there."
23                   Did any other attendees at that
24        meeting contact you or have discussions with you
25        sharing similar concerns?
```

DR. KEVIN WILLIAMS                                14

```
 1   A.   I don't recall.  I do -- I don't recall.  I don't
 2        know who attended that meeting, so I don't -- I
 3        don't know if any --
 4   Q.   Okay.
 5   A.   -- particular attendees contacted me, but other
 6        people certainly did.
 7   Q.   If you can scroll down to the end of this e-mail,
 8        please.
 9             Okay.  The last paragraph, there's
10        some underlying language that says, in part:  "One
11        could feel a very strong, yet implicit, cultural and
12        racial dynamic in place."
13             Did you have any discussions with
14        anybody else about issues being raised similar to
15        what this student was raising concerning that
16        meeting he was referring to in February, on a Friday
17        in 2018?
18   A.   I'm not sure I follow the question.
19   Q.   Sure.  You know, this issue this student raises
20        about a strong, yet implicit cultural and racial
21        dynamic in place, did you have discussions with
22        anybody else about similar issues or similar issues
23        of concern being raised concerning that meeting?
24   A.   About the meeting or about cultural and racial
25        dynamics?
```

DR. KEVIN WILLIAMS                          15

1   Q.   About the culture and racial dynamic allegations.

2   A.   I do not recall anyone else -- I don't recall

3        conversations about that specific.

4   Q.   After receiving this e-mail, did you communicate any

5        concerns -- or strike that.

6                     After receiving this e-mail, did you

7        have any concerns regarding the meeting that

8        occurred and what was transpiring as to this alleged

9        investigation concerning Dr. Alaei?

10  A.   Yes.

11  Q.   What were your concerns?

12  A.   I was concerned that the -- As I mentioned before, I

13       was concerned that Kamiar had not been informed

14       about what was going on or why he had been given an

15       alternative work assignment.

16  Q.   Now, did you communicate -- strike that.

17                    If you could scroll up to the

18       beginning of this e-mail, please, Exhibit G-1.

19                    Do you recognize the portion of this

20       e-mail chain, which is part of G-1?  It looks like

21       it's an e-mail from you to James Stellar, dated

22       February 14, 2018?

23  A.   Yes.

24  Q.   Can you explain to me the purpose of sending this

25       e-mail to Mr. Stellar?

DR. KEVIN WILLIAMS                                    16

```
 1   A.   It was related to what I just said, I felt that
 2        Dr. Alaei was not being provided enough information
 3        and it was -- I was concerned about the meeting and
 4        the chance that he had not been able to hear
 5        complaints against him or address them or -- and
 6        that he was being kept in the dark.
 7   Q.   Did you share your concerns with anybody else at
 8        SUNY Albany regarding, you know, what's reflected in
 9        these e-mails?
10   A.   Well, Provost Stellar is my -- is my boss.  I'm the
11        Vice Provost.  So I would go -- and he's in charge
12        of academic affairs.  I would express it to him.  I
13        do not recall -- I'm sorry, the question was:  Did I
14        express these --
15   Q.   Did you share these types of concerns reflected in
16        this e-mail, you know, Exhibit G-1, with anybody
17        else besides Provost Stellar?
18   A.   I don't recall.  I might have -- Yes,
19        probably -- perhaps Bill Hedberg.  In fact, I do
20        recall expressing concerns to Bill Hedberg, who is
21        the -- I forgot his title.  He's in the Provost
22        office, sort of a vice -- vice provost isn't an
23        exact title.  I can look it up in a second, if you
24        want me to.
25   Q.   Did you ever attend any meetings where issues about
```

1          Dr. Alaei and the investigation and how it was being
2          handled were discussed?
3     A.   Nope.
4     Q.   No?  Okay.
5                    Did you receive any other similar type
6          of concerns from students or people who attended
7          that meeting reflected in the student's, you know,
8          e-mail as part of G-1 here?
9     A.   Again, I did not -- I do not know who attended that
10         meeting.
11    Q.   Okay.
12    A.   But I -- So I don't know.  I had conversations with
13         other people who were also expressing concern about
14         the situation.
15    Q.   Do you recall who those people were and what the
16         concerns were they were raising?
17    A.   There were similar concerns, obviously, and they
18         range from some professors in the school public
19         health who worked with Dr. Alaei, and it might have
20         been other students who were in the project over the
21         years.  I don't recall specifically, but I do know
22         that I had conversations with colleagues and
23         students who had worked with Kamiar.
24    Q.   Are you aware of a time when SUNY Albany began to
25         initiate non-renewal efforts with Dr. Alaei?

DR. KEVIN WILLIAMS                                    18

```
 1   A.   Yes.
 2   Q.   Did you ever have occasion to speak to Dr. Alaei
 3        about the non-renewal situation he was confronting
 4        with SUNY Albany?
 5   A.   Yes.
 6   Q.   Do you recall about when that was?
 7   A.   The non-renewal would have been after the hearing
 8        that cleared him, and so I'm going to -- I don't
 9        recall exactly, but I would have guessed it would
10        have been later on that year.
11   Q.   Is about April 2018 jogging your memory?
12   A.   Oh, I thought it would have been later.  The
13        non-renewal, I thought, would have been later than
14        that, but.
15   Q.   When the --
16   A.   I thought it would have been more like -- because if
17        I remember correctly -- No, go ahead.  I'm sorry.
18   Q.   No, no, no, that's fine.  If I could refer you to
19        Claimant's Exhibit B-6.  The first page is all.
20                    So Mr. Williams -- and is it
21        Dr. Williams?
22   A.   Doctor, but Mr. is fine.  It doesn't matter to me.
23   Q.   Okay.  Well, Dr. Williams, if you could just take a
24        look at this e-mail, it's identified as an e-mail --
25   A.   Okay.  May 14th.
```

DR. KEVIN WILLIAMS                                    19

1  Q.  -- a term renewal dated May 14th from

2       William Hedberg to Kamiar Alaei.  It states, in

3       part:  "The Provost has signed the form from

4       Dean Harvey Charles for non-renewal of your

5       appointment."

6                    So does this refresh your recollection

7       as to about the approximate time when non-renewal

8       was initiated with Dr. Alaei?

9  A.  Again, I thought it was later in the summer, but I

10      guess it was May 14th.

11 Q.  Are you possibly referring to when SUNY Albany made

12      a determination to terminate employment with

13      Dr. Alaei?

14                    MR. ROTONDI:  Objection to form.

15 A.  Yes.

16 Q.  If I can refer you to Claimant's Exhibit B-8?

17 A.  So the question is?

18 Q.  Do you have an understanding of SUNY Albany

19      ultimately making a determination to terminate

20      employment of Dr. Alaei in about August of 2018?

21 A.  Yes.

22 Q.  Are you able to explain to me the difference between

23      a determination not to renew employment and a

24      determination to elect to terminate an appointment?

25 A.  No.

```
1   Q.   Are you familiar with the process for SUNY Albany to
2        non-renew employment terms?
3   A.   Yes.
4   Q.   Can you explain to me your understanding of the
5        process that you've dealt with before, have been
6        involved with before?
7   A.   Yeah.  So there are annual performance reviews of
8        employees against, you know, their work plan.
9        Unfavorable reviews can result in non-renewal of a
10       contract.  And we work through HR to non-renew.  You
11       know, we provide notice of unsatisfactory
12       performance and initiate the non-renewal process.
13  Q.   Okay.  In the first instance, who's the job
14       responsibility -- strike that.
15                   In the first instance, what person and
16       job responsibility is responsible for initiating the
17       non-renewal process?
18  A.   It would start with the supervisor.
19  Q.   The supervisor of the employee that's being
20       reviewed?
21  A.   Correct.  But then it would have to -- Like, if it
22       was in the Graduate School and it was one of my
23       direct reports who wanted to non-renew one of their
24       employees, they would discuss with me.
25  Q.   Okay.
```

```
 1   A.    But it would start with the supervisor.  And then
 2         the director, dean of the unit, would also push it
 3         forward.  I'm sorry.
 4   Q.    That's all right.
 5               Have you ever been involved with a
 6         situation where the Provost asked a supervisor to
 7         initiate non-renewal?
 8   A.    No.
 9   Q.    Can I refer you to Claimant's Exhibit B Number 3?
10               And I'm referring to you the portion
11         of Exhibit B-3 where there's an e-mail dated
12         April 28th, apparently from Harvey Charles, it looks
13         like to Bill Hedberg.  This e-mails says, in part:
14         "I'm looking at the letter of non-renewal and it is
15         actually a recommendation for me to the Provost.  As
16         you know, I know practically nothing about this
17         situation and I feel uncomfortable making a
18         recommendation to the Provost without a basis to do
19         so.  Could this be handled differently?"
20               Have you experienced a situation in
21         your time with SUNY Albany where somebody is
22         requesting that the supervisor make a recommendation
23         for non-approval and they're not comfortable making
24         that recommendation?
25   A.    I'm not aware of that, no.
```

DR. KEVIN WILLIAMS                                    22

```
 1                    Yeah, the question was --
 2   Q.   Yeah, whether you've experienced that?
 3   A.   I have not experienced it and I am not aware of it.
 4   Q.   Okay.  If I can refer you to Exhibit B-4.
 5                    Do you know who -- Do you know who
 6        Randy Stark is or was in 2018?
 7   A.   Yes.
 8   Q.   What's your understanding?
 9   A.   He was Director of the HR, human resources.
10   Q.   As to this Exhibit B-4, it appears to be a chain of
11        e-mails.  The subject is term renewals.  The e-mails
12        are dated May 2nd of 2018.  They appear to be
13        between Harvey Charles, Randy Stark and then
14        William Hedberg.
15                    In the middle, there's an e-mail, it's
16        identified as May 2, 2018, at 5:00 p.m.,
17        Charles Harvey.  It says, in part:  "Dear Randy, I'm
18        writing to let you know that Bill Hedberg sent me
19        both the HRM-3 for Kamiar, as shown in this
20        attachment, and a letter addressed to the Provost
21        from me recommending that Kamiar not be renewed.  I
22        declined to sign that letter because I have no
23        information that can be used as a basis to recommend
24        that Kamiar not be renewed.  I am not seeking such
25        information, since it is clear to me that the
```

DR. KEVIN WILLIAMS                                    23

1          Provost has decided to not renew Kamiar's contract."
2                    At around this time, the date of May
3          2, 2018, are you aware of whether or not
4          Provost Stellar had made a determination not to
5          renew Dr. Alaei's employment at that time?
6    A.    No, I'm not aware of that.
7    Q.    Is that typical, in your experience, working in your
8          position, that Provost Stellar would request that a
9          supervisor pursue a non-renewal, even if the
10         supervisor had not made the recommendation?
11   A.    I'm not aware of that happening.
12   Q.    So you've never experienced that before?
13   A.    I've never experienced that.
14   Q.    If I can refer you to Exhibit B, Number 6.
15                   So yes, it starts with Exhibit B-6, an
16         e-mail from William Hedberg, dated Monday, May 14,
17         2018, to Kamiar Alaei.  James Stellar, Harvey
18         Charles are on there.  This e-mail indicates the
19         Provost has signed the form for Dean Harvey Charles
20         for non-renewal of your appointment, provides him a
21         copy.  This reflects that before a decision by the
22         President, Dr. Alaei had five working days to submit
23         a statement and response.
24                   Were you aware of Dr. Alaei submitting
25         any statement in response regarding this non-renewal

```
 1        issue?
 2   A.   Yes, I believe that was the way that he responded to
 3        it.
 4   Q.   Dr. Williams, to the extent you can, do you
 5        recognize this document in front of you identified
 6        by May 8, 2018 date with the "Dear William B.
 7        Hedberg" as being Dr. Alaei's response to the
 8        non-renewal?
 9   A.   Yes.
10   Q.   And did you previously review this response?
11   A.   I believe I reviewed a response that had been
12        written.  I don't know if this exact one, but yes.
13   Q.   And the page in front of you, the main paragraph, I
14        guess it would be the second paragraph, it says, in
15        part:  "Since I started working for UAlbany, I
16        have" -- and then it lists the bullet points.
17             Are you aware of what those are?
18   A.   Yes.
19   Q.   Can you explain to me your understanding of what
20        those are?
21   A.   Yes, these are the accomplishments of
22        Professor Alaei at University of Albany.  Do you
23        want me to go through each one?
24   Q.   No, no.  Do you have an understanding of whether
25        these would be considered significant
```

```
 1          accomplishments or minor accomplishments or
 2          irrelevant accomplishments for --
 3    A.    Yes.
 4    Q.    Sorry, let me just finish asking the question.
 5                    Are you aware whether these would be
 6          considered significant accomplishments or
 7          insignificant accomplishments for somebody in
 8          Dr. Alaei's position at that time?
 9                    MR. ROTONDI:  I'm going to object to
10              the form of the question, but you can answer.
11    A.    Yes.
12    Q.    When you say "yes," can you explain it?
13    A.    I think you asked if I had an understanding, and
14          yes, I have an understanding.
15    Q.    Okay.  And what would your understanding be?
16    A.    Whether they're significant -- I'll go ahead and
17          answer:  They are very significant, yes, they are
18          very high accomplishments.
19    Q.    Okay.
20    A.    Getting six and a half million dollars in funding is
21          remarkable.
22    Q.    Are you aware of other employees in similar
23          positions as Dr. Alaei at the time having or
24          achieving similar types of accomplishments, in terms
25          of funding?
```

```
 1   A.    Yes.
 2   Q.    Was that a common situation for employees in the
 3         same position at that time, in terms of -- let
 4         me -- I can re-ask.
 5   A.    Yeah.
 6   Q.    Are you aware of other employees achieving that
 7         significant level of funding, as compared to
 8         Dr. Alaei, shown in this document?
 9   A.    I am aware of some professors on campus having that
10         level, yes.
11   Q.    Would most professors who have a similar funding
12         effort achieve the same type of results around that
13         time as Dr. Alaei, as reflected in this document?
14                   MR. ROTONDI:  Object to the form of
15              the question.  Don't answer that in that form.
16              He's not here to provide opinion or
17              hypotheticals and only -- he's only produced as
18              a factual witness.
19                   MR. CASTIGLIONE:  Okay.  Well, what
20              I'm asking is whether he is aware of other
21              employees providing -- strike that.  Okay.
22         BY MR. CASTIGLIONE:
23   Q.    Now, there's a paragraph here that says, in the
24         middle of this document, starts with:  "With respect
25         to funding, you can also find the projected funding
```

```
 1         required for each two faculty lines," and then it
 2         continues on.  It continues and says, "This means I
 3         was able to reach over 21 times higher than the
 4         target."
 5                   Would that be considered a significant
 6         accomplishment for a person in Dr. Alaei's position
 7         at that time?
 8                   MR. ROTONDI:  Object to the form.
 9    A.   Yes.
10    Q.   Are you aware of -- Is it common among UAlbany
11         faculty to have this level of achievement for
12         funding targets on an annual basis?
13                   MR. ROTONDI:  Object to the form of
14              the question.  You can answer.
15    A.   No.
16    Q.   I want to talk to you about Dr. Alaei's employment
17         terms.  Did you have any understanding about
18         Dr. Alaei's employment and the terms of his
19         employment with SUNY Albany?
20    A.   Yes.
21    Q.   Can you please explain to me your understanding?
22    A.   Okay.  Initially -- At any time period or during the
23         whole time?
24    Q.   You can start from initially up until 2018.
25    A.   Initially, he was hired as a project director for a
```

```
 1              grant that we had written and submitted in 2011, I
 2              believe it was.  And he was paid off of that grant
 3              as a, you know, project director.  I don't recall
 4              the specific years, but then there was a -- Well, it
 5              was called a SUNY 2020 initiative in which units at
 6              the University could submit proposals for funding,
 7              which would include faculty lines or research lines.
 8                       And then I don't remember who wrote
 9              the proposal.  I believe Kamiar wrote it or was part
10              of the group that wrote it.  The proposal was
11              funded, which provided the faculty line, the
12              research faculty line that he was hired into.
13              Again, I don't recall the exact year.  2011, '12,
14              somewhere around those lines.
15                       And so he was hired with those funds.
16              The position was actually, I believe, in Rockefeller
17              College of Public Affairs and Policy.  It was not a
18              tenure-track faculty line, but a -- I believe the
19              term that was used at the time, which was actually
20              sort of new to me, was an evergreen professor, an
21              evergreen faculty line, which meant that it wasn't
22              tenure track, but it was renewable.
23                       And then he was -- I believe that was
24              the line that he's still on in 2018.
25       Q.     If I can refer you to Claimant's Exhibit E-2?
```

DR. KEVIN WILLIAMS                                        29

```
1    A.   Research associate professor.  Okay.  Go ahead.
2    Q.   So Claimant's Exhibit E-2 is a letter from SUNY
3         Albany, dated April 16, 2014, to Dr. Alaei,
4         regarding an appointment.  Have you seen
5         these -- Are you familiar with this specific letter,
6         I'll say?
7    A.   I believe so.
8    Q.   And have you seen other similar type of appointment
9         letters from SUNY Albany to faculty?
10   A.   Yes.
11   Q.   And I'm sorry, how long have you been working --
12        strike that.
13                 Have long have you been employed with
14        SUNY Albany?
15   A.   Since 1987.
16   Q.   If you can scroll down, please.
17                 In the second paragraph, it's the
18        paragraph that starts with "your initial
19        appointment."  It says:  "Your initial appointment
20        will be for three years, commencing on May 1, to
21        coincide with the end date of your current
22        employment with SUNY Research Foundation.  You will
23        have a 12-month full-time obligation.  The lecturer
24        budget title is a non-tenured-track position, in
25        accordance with the policies of the trustees of the
```

DR. KEVIN WILLIAMS                                          30

```
 1        State University of New York.  To give you the
 2        security of at least two years of employment, the
 3        appointment will be reviewed annually for possible
 4        extension by another year."
 5                   Do you have any understanding as to
 6        what that language is providing, as in terms of a
 7        term for Dr. Alaei's appointment?
 8                   MR. ROTONDI:  I'm going to object to
 9             the form of the question and direct the witness
10             not to answer in that form.  He's not going to
11             interpret a document he did not write and he
12             did not take part in creating.
13                   MR. CASTIGLIONE:  Yes, but if it's his
14             position and this is part of what he deals with
15             for employment, I think it's entirely fair to
16             ask him his opinion about this type of language
17             that he's seen many, many times.
18                   MR. ROTONDI:  He's not going to
19             interpret this contract.
20                   MR. CASTIGLIONE:  Okay.  We'll note
21             that for the record.
22        BY MR. CASTIGLIONE:
23   Q.   You had mentioned evergreen appointment.  Can you
24        explain to me what an evergreen appointment
25        involves?
```

DR. KEVIN WILLIAMS                                    31

```
 1    A.    No.
 2    Q.    Have you seen other employees that are provided with
 3          a security of at least two years of employment as
 4          part of their employment terms?
 5    A.    Yes.
 6    Q.    In your experience, what does that mean for that
 7          employee?
 8                    MR. ROTONDI:  Object to the form.  You
 9             can answer.
10    A.    Again, I believe that -- I mean -- Can you repeat
11          the question?  I'm sorry.
12    Q.    Sure.  I asked if you had seen language similar to
13          the security of at least two years of employment for
14          other employees and you said yes, correct?
15    A.    Correct.
16    Q.    And I said okay, what does that mean in terms of
17          employment for those employees?
18                    MR. ROTONDI:  You're asking his
19             understanding of that?
20    Q.    Yeah, based on your experience?
21    A.    My understanding, based on my experience, is that if
22          the University decides to non-renew a contract, the
23          person would have two years, in essence, to find
24          another -- would be employed for two more years and
25          have that opportunity to find employment elsewhere.
```

```
 1   Q.   So if a non-renewal was approved for an
 2        employer -- or excuse me, for an employee, they
 3        would still have two years left on their contract?
 4   A.   That is my understanding.
 5   Q.   And if I can refer you to Claimant's Exhibit E
 6        Number 4?
 7   A.   Okay.
 8   Q.   Have you had a chance, Dr. Williams, to review this
 9        document?
10   A.   Yes.
11   Q.   Do you recognize what this document is?
12   A.   Yes.
13   Q.   This document is identified as being from
14        Kevin Williams, dated May 31, 2017, to, it looks
15        like, Kamiar Alaei.  Can you explain to me your
16        understanding what this document is?
17   A.   Yes.  It is in response to a situation with
18        Dr. Alaei's brother, who was also under a similar
19        contract, and the term at the time that's used,
20        evergreen appointment.  As I mentioned before, it
21        was a new term, but I recognize this is my
22        interpretation of the evergreen appointment, and I
23        add, in response to Kamiar's request for help in
24        interpreting the situation, I provided what I
25        thought was the understanding of his brother's
```

1        appointment.
2   Q.   Okay.  And if you recall, the appointment letter for
3        Dr. Kamiar Alaei had language that said -- if I can
4        find it -- "to give you the security of at least two
5        years of employment, the employment will be
6        renewed (sic) annually for possible extension by
7        another year."  The language at issue in your
8        interpretation here, from your e-mail dated May 31,
9        2017, you have in quotes "to give you the security
10       of at least two years of employment"?
11  A.   Yes, that would be -- I used quotations because that
12       was what was the wording in the letter.
13  Q.   Okay.  And this reflects your understanding of what
14       an evergreen appointment was; is that accurate?
15  A.   Yes.
16  Q.   At the end, you write:  "Even if the University
17       decides not to renew the contract, Arash should have
18       two years left"?
19  A.   Correct.
20  Q.   I want to ask about your understanding about
21       research centers and structures with SUNY.  In your
22       position, do you have an understanding of whether or
23       not GIHHR was considered a research center?
24  A.   Yes.
25  Q.   Do research centers report to the Vice President for

DR. KEVIN WILLIAMS                                    34

```
 1        Research, James Diaz?
 2   A.   Not all of them.
 3   Q.   Okay.  Was GIHHR one that would report to
 4        James Diaz, if you know?
 5   A.   I believe initially it did, yeah.
 6   Q.   You had mentioned earlier that you had collaborated
 7        or worked with Dr. Alaei on grants over time; is
 8        that correct?
 9   A.   Yes.
10   Q.   Okay.  And did you have -- Did you formulate an
11        opinion over time about the quality of Dr. Alaei's
12        work as to the work you did together on grants?
13   A.   Yes.
14   Q.   Will you share your opinion with me regarding that
15        work for 2017 and 2018?
16             MR. ROTONDI:  I'm going to object to
17        the form of the question and direct him not to
18        answer an opinion question in that form.
19             Joe, he's not here as an opinion
20        witness.  I'm not going to let anyone, you
21        know, answer opinion questions.  If you can
22        rephrase it, I won't have an issue.
23             MR. CASTIGLIONE:  That's fine, but,
24        you know, he's an employee.  He could have a
25        lay opinion of another employee's work quality.
```

```
1          BY MR. CASTIGLIONE:
2   Q.   Dr. Williams, in working with Dr. Alaei, did you
3        have an opinion, based on your layperson
4        understanding and experience with other people
5        performing that type of work with grants, as to the
6        quality of Dr. Alaei's work?
7                    MR. ROTONDI:  I will object to the
8              form of the question, but I'll let him answer.
9   A.   Yes.
10  Q.   Okay.  Could you please share your opinion?
11  A.   I thought it was of high quality.
12                   MR. CASTIGLIONE:  Can we just take a
13             two-minute break so I can review and see if I
14             have any follow-up questions?
15                   MR. ROTONDI:  Sure.
16                   (Whereupon, a recess is taken.)
17       BY MR. CASTIGLIONE:
18  Q.   If I could refer you, Dr. Williams, back to Exhibit
19       E, Number 2?
20                   So this would be -- I'm referring to
21       the first page right there.
22                   So Dr. Williams, just to refer you
23       back to what's been marked as Claimant's Exhibit
24       E-2, this is a April 16, 2014 letter from SUNY
25       Albany to Dr. Alaei.  The paragraph I want to refer
```

```
 1        you to, it's at the bottom of the screen.  It says:
 2        You will start -- excuse me -- "You will have three
 3        complimentary non-stipendiary appointments, in
 4        addition to your three professional appointments in
 5        Rockefeller College.  You will continue to serve as
 6        Director for the GIHHR with responsibility for
 7        oversight, grant development, national outreach and
 8        programming.  In this role, you will report to the
 9        Vice President for Research."
10                    Are you aware -- or strike that.
11                    Do you have any understanding of who
12        the Vice President for Research, what that's
13        referring to?
14   A.   Yes.
15   Q.   What's your understanding?
16   A.   It's referring to Jim Diaz, who is the Vice
17        President For Research at the University at Albany.
18   Q.   And then one last question:  Dr. Alaei, are you
19        aware whether he was seeking employment at other
20        colleges around the time this investigation started
21        in February 2018?
22   A.   No.
23   Q.   So I would ask you:  Were you aware of whether he
24        was selected as a finalist for a senior
25        administrative position, like Dean of York College,
```

DR. KEVIN WILLIAMS                                    37

```
 1        right around the time the investigation started; you
 2        would not be aware of that?
 3   A.   Dean of a college at University at Albany?
 4   Q.   No, Dean of York College.
 5   A.   Oh, York?
 6                      Yeah, actually, that does sound
 7        familiar now, yes.
 8   Q.   Okay.
 9   A.   It might have been them contacting him.
10   Q.   Right.  Okay.
11                      MR. CASTIGLIONE:  I don't have any
12             other questions.
13                      (Transcript requests are as follows.)
14                      MR. CASTIGLIONE:  Standard delivery,
15             E-mail only with exhibits.
16                      MR. ROTONDI:  E-mail my copy.
17                      (Whereupon, the above-titled matter
18             was concluded at 2:40 p.m.)
19
20
21
22
23
24
25
```

```
 1                    I N D E X   P A G E

 2

 3        WITNESS:

 4                   KEVIN WILLIAMS

 5        EXAMINATION BY MR. CASTIGLIONE              4

 6

 7

 8                      E X H I B I T S

 9        (Exhibits attached.)

10        CLAIMANT      DESCRIPTION              PAGE

11        EXHIBIT G-1   2/14/18 E-mails          11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    C E R T I F I C A T I O N

 2      STATE OF NEW YORK:
        COUNTY OF WARREN:
 3

 4            I, Deborah M. McByrne, do hereby certify
        that the foregoing testimony was duly sworn to;
 5      that I reported in machine shorthand the
        foregoing pages of the above-styled cause, and
 6      that they were prepared by computer-assisted
        transcription under my personal supervision and
 7      constitute a true and accurate record of the
        proceedings;

 8

 9

10            I further certify that I am not an attorney
        or counsel of any parties, nor a relative or
11      employee of any attorney or counsel connected
        with the action, nor financially interested in
12      the action.

13

14            WITNESS my hand in the City of Queensbury,
        County of Warren, State of New York

15

16

17

18      _____

19

20      DEBORAH M. McBYRNE

21      Court Reporter

22

23

24

25
```

DR. KEVIN WILLIAMS                                          40

1        DECLARATION/WITNESS CERTIFICATION

2        Case:  Alaei v. State University of New York

3        Witness:  Dr. Kevin Williams

4        Deposition Date:  January 13, 2021

5
             I declare under penalty of perjury that I
6        have read the entire transcript of my Deposition
         taken in the captioned matter or the same has
7        been read to me, and the same is true and
         accurate, save and except for changes and/or
8        corrections, if any, as indicated by me on the
         DEPOSITION ERRATA SHEET hereof, with the
9        understanding that I offer these changes as if
         still under oath.

10
                     _____
11                         DR. KEVIN WILLIAMS

12       Sworn to before me, this _____ day
         of_____     20_____ .
13
         [                                    ](print)
14       Notary Public.

15       Registration No:  _____

16       State of_____

17       Qualified in_____County.

18       My commission expires_____.

19

20

21

22

23

24

25

1       DEPOSITION ERRATA SHEET

2       Case:  Alaei v. State University of New York
        Witness:  Dr. Kevin Williams
3       Deposition Date:  January 13, 2021

4                     Reason Codes:
        1:  To clarify the record
5       2:  To conform to the facts
        3:  To correct transcription errors.
6
        PAGE/LINE              CORRECTION    REASON CODE
7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      _____

DR. KEVIN WILLIAMS                                    42

1                        DEPOSITION ERRATA SHEET

2        PAGE/LINE              CORRECTION      REASON CODE

3        _____

4        _____

5        _____

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19       _____ Subject to the above changes, I certify

20       that the transcript is true and correct.

21       _____ No changes have been made.  I certify that

22       the transcript is true and correct.

23

24       _____

25                        DR. KEVIN WILLIAMS

Case 1:21-cv-00377-BKS-TWD    Document 119-6    Filed 04/29/25    Page 45 of 49
DR. KAMIAR ALAEI v.
STATE UNIVERSITY OF NEW YORK, et al.

DR. KEVIN WILLIAMS
January 13, 2021

## A

**A-1 (1)** 7:14
**ability (2)** 5:14;6:1
**able (6)** 5:25;13:3,20;
  16:4;19:22;27:3
**above (1)** 42:19
**above-titled (1)** 37:17
**academic (2)** 7:7;
  16:12
**accomplishment (1)**
  27:6
**accomplishments (8)**
  24:21;25:1,1,2,6,7,
  18,24
**accordance (1)** 29:25
**accurate (1)** 33:14
**accurately (1)** 5:25
**accusations (2)** 13:4,
  21
**achieve (1)** 26:12
**achievement (1)**
  27:11
**achieving (2)** 25:24;
  26:6
**acknowledged (1)**
  13:16
**activities (3)** 8:13,20,
  21
**actually (5)** 9:12;
  21:15;28:16,19;37:6
**add (1)** 32:23
**addition (1)** 36:4
**address (1)** 16:5
**addressed (1)** 22:20
**administrative (1)**
  36:25
**advance (2)** 6:8,11
**affairs (2)** 16:12;28:17
**afternoon (1)** 4:7
**again (5)** 6:4;17:9;
  19:9;28:13;31:10
**against (2)** 16:5;20:8
**agree (1)** 5:11
**ahead (3)** 18:17;
  25:16;29:1
**Alaei (34)** 4:10;7:23;
  8:19,21;9:5,19;10:17,
  24;13:2,21;15:9;16:2;
  17:1,19,25;18:2;19:2,
  8,13,20;23:17,22,24;
  24:22;25:23;26:8,13;
  29:3;32:15;33:3;
  34:7;35:2,25;36:18
**Alaei's (10)** 23:5;24:7;
  25:8;27:6,16,18;30:7;
  32:18;34:11;35:6
**Albany (28)** 4:11;
  6:20,21;7:22;8:2,3,5,
  6,12;9:2,4;10:16;
  12:4;16:8;17:24;
  18:4;19:11,18;20:1;
  21:21;24:22;27:19;
  29:3,9,14;35:25;
  36:17;37:3
**Albany's (1)** 9:17
**allegations (1)** 15:1
**alleged (1)** 15:8
**allowed (1)** 13:2
**alternative (2)** 11:10;
  15:15
**among (1)** 27:10
**annual (2)** 20:7;27:12
**annually (2)** 30:3;33:6
**apparently (1)** 21:12
**appear (1)** 22:12
**appears (1)** 22:10
**appointment (16)**
  19:5,24;23:20;29:4,
  8,19,19;30:3,7,23,24;
  32:20,22;33:1,2,14
**appointments (2)**
  36:3,4
**approved (1)** 32:1
**approximate (1)** 19:7
**April (4)** 18:11;21:12;
  29:3;35:24
**Arash (1)** 33:17
**around (5)** 23:2;
  26:12;28:14;36:20;
  37:1
**assignment (2)** 11:10;
  15:15
**associate (1)** 29:1
**attachment (1)** 22:20
**attend (2)** 12:20;
  16:25
**attended (3)** 14:2;
  17:6,9
**attendees (2)** 13:23;
  14:5
**attorney (5)** 4:8,17,19;
  6:12,14
**attorneys (1)** 5:11
**August (3)** 10:11;
  11:14;19:20
**aware (21)** 4:17;7:22;
  10:15;17:24;21:25;
  22:3;23:3,6,11,24;
  24:17;25:5,22;26:6,9,
  20;27:10;36:10,19,
  23;37:2

## B

**B-3 (1)** 21:11
**B-4 (2)** 22:4,10
**B-6 (2)** 18:19;23:15
**B-8 (1)** 19:16
**back (2)** 35:18,23
**based (3)** 31:20,21;
  35:3
**basis (5)** 9:18,24;
  21:18;22:23;27:12
**bathroom (1)** 5:17

began (1) 17:24
beginning (1) 15:18
behalf (1) 10:16
besides (1) 16:17
best (3) 5:14;6:1;11:8
Bill (4) 16:19,20;
  21:13;22:18
Board (3) 12:1,5,5
boss (1) 16:10
both (4) 5:6,11;7:6;
  22:19
bottom (1) 36:1
break (2) 5:16;35:13
brother (1) 32:18
brother's (1) 32:25
budget (1) 29:24
bullet (1) 24:16

## C

call (1) 9:7
called (2) 4:2;28:5
campus (1) 26:9
can (44) 5:5,8,15,22;
  6:4,12,15;7:2;8:14;
  9:7,21;11:15,19,19;
  14:7;15:24;16:23;
  19:16;20:4,9;21:9;
  22:4,23;23:14;24:4,
  19;25:10,12;26:4,25;
  27:14,21,24;28:25;
  29:16;30:23;31:9,10;
  32:5,15;33:3;34:21;
  35:12,13
**CASTIGLIONE (13)**
  4:6,8;26:19,22;
  30:13,20,22;34:23;
  35:1,12,17;37:11,14
center (1) 33:23
centers (2) 33:21,25
certainly (2) 5:16;14:6
certify (2) 42:19,21
chain (2) 15:20;22:10
chance (2) 16:4;32:8
changes (2) 42:19,21
charge (1) 16:11
Charles (6) 19:4;
  21:12;22:13,17;
  23:18,19
Claimant (1) 11:22
Claimant's (8) 7:14;
  18:19;19:16;21:9;
  28:25;29:2;32:5;
  35:23
claims (2) 4:10,13
clarification (4) 9:12;
  11:3,4,6
clear (3) 5:3;8:1;
  22:25
cleared (1) 18:8
clearly (1) 12:8
CODE (1) 42:2
coincide (1) 29:21

collaborated (2) 8:21;
  34:6
collaborating (1) 8:25
colleagues (1) 17:22
College (5) 28:17;
  36:5,25;37:3,4
colleges (1) 36:20
comfortable (1) 21:23
commencing (1)
  29:20
common (2) 26:2;
  27:10
communicate (2) 15:4,
  16
compared (1) 26:7
complaints (1) 16:5
complimentary (1)
  36:3
concern (2) 14:23;
  17:13
concerned (3) 15:12,
  13;16:3
concerning (1) 4:11;
  7:23;8:20;9:4;10:17,
  20,24;11:14;14:15,
  23;15:9
concerns (10) 13:25;
  15:5,7,11;16:7,15,20;
  17:6,16,17
concluded (1) 37:18
conduct (1) 10:13
conducting (2) 9:18;
  10:15
confronting (1) 18:3
considered (4) 24:25;
  25:6;27:5;33:23
contact (2) 10:19;
  13:24
contacted (2) 9:11;
  14:5
contacting (1) 37:9
content (1) 6:13
continue (1) 36:5
continues (2) 27:2,2
contract (7) 20:10;
  23:1;30:19;31:22;
  32:3,19;33:17
conversation (5) 6:13,
  14;10:2;11:2,4
conversations (5)
  6:10;10:23;15:3;
  17:12,22
copy (2) 23:21;37:16
CORRECTION (1)
  42:2
correctly (1) 18:17
counsel (2) 5:19,23
course (1) 10:22
create (1) 5:2
creating (1) 30:12
cultural (3) 14:11,20,
  24
culture (1) 15:1

current (2) 6:18;29:21
currently (1) 6:15

## D

dark (1) 16:6
date (3) 23:2;24:6;
  29:21
dated (10) 7:19;
  12:10;15:21;19:1;
  21:11;22:12;23:16;
  29:3;32:14;33:8
dates (1) 10:1
days (1) 23:22
deals (1) 30:14
dealt (1) 20:5
Dean (6) 6:19;7:3;
  19:4;21:2;23:19;
  36:25;37:3,4
Dear (2) 22:17;24:6
decided (1) 23:1
decides (2) 31:22;
  33:17
decision (1) 23:21
decision-making (1)
  7:7
declined (1) 22:22
defend (2) 13:3,20
delivery (1) 37:14
deposition (2) 6:8;
  42:1
determination (5)
  19:12,19,23,24;23:4
development (2) 7:9;
  36:7
Diaz (3) 34:1,4;36:16
difference (1) 19:22
differently (1) 21:19
direct (3) 20:23;30:9;
  34:17
direction (1) 12:7
director (5) 21:2;22:9;
  27:25;28:3;36:6
Directors (2) 12:1,5
directs (1) 4:23
discuss (2) 12:18;
  20:24
discussed (1) 17:2
discussions (5) 13:6,
  13,24;14:13,21
Doctor (1) 18:22
document (11) 7:18,
  21;24:5;26:8,13,24;
  30:11;32:9,11,13,16
documents (1) 6:7
dollars (1) 29:16
down (4) 12:15,25;
  14:7;29:16
DR (48) 4:1;7:23;
  8:19,21;9:5,19;10:17,
  24;13:2,21;15:9;16:2;
  17:1,19,25;18:2,2,21,
  23;19:8,13,20;23:5,

Case 1:21-cv-00377-BKS-TWD    Document 119-6    Filed 04/29/25    Page 46 of 49

DR. KAMIAR ALAEI v.                                      DR. KEVIN WILLIAMS
STATE UNIVERSITY OF NEW YORK, et al.                     January 13, 2021

22,24;24:4,7;25:8,23;
26:8,13;27:6,16,18;
29:3;30:7;32:8,18;
33:3;34:7,11;35:2,2,
6,18,22,25;36:18;
42:25
**duly (1)** 4:3
**during (2)** 12:6;27:22
**dynamic (3)** 14:12,21;
15:1
**dynamics (1)** 14:25

**E**

E-2 (3) 28:25;29:2;
35:24
**earlier (1)** 34:6
**effort (1)** 26:12
**efforts (1)** 17:25
**elect (1)** 19:24
**else (6)** 11:12;14:14,
22;15:2;16:7,17
**elsewhere (1)** 31:25
**e-mail (26)** 11:24;
12:10,13,15,16;13:15,
15,17;14:7;15:4,6,18,
20,21,25;16:16;17:8;
18:24,24;21:11;
22:15;23:16,18;33:8;
37:15,16
**e-mails (5)** 12:4;16:9;
21:13;22:11,11
**employed (3)** 6:16;
29:13;31:24
**employee (4)** 20:19;
31:7;32:2;34:24
**employees (9)** 20:8,
24;25:22;26:2,6,21;
31:2,14,17
**employee's (1)** 34:25
**employer (1)** 32:2
**employment (25)**
4:11;6:18;8:11,15,
20;19:12,20,23;20:2;
23:5;27:16,18,19;
29:22;30:2,15;31:3,4,
13,17,25;33:5,5,10;
36:19
**end (3)** 14:7;29:21;
33:16
**enough (1)** 16:2
**entirely (2)** 5:4;30:15
**ERRATA (1)** 42:1
**essence (1)** 31:23
**even (2)** 23:9;33:16
**evergreen (7)** 28:20,
21;30:23,24;32:20,
22;33:14
**exact (5)** 7:20;10:1;
16:23;24:12;28:13
**exactly (1)** 18:9
**EXAMINATION (1)**
4:5

**examined (1)** 4:3
**excuse (2)** 32:2;36:2
**Exhibit (19)** 7:14;
11:21,22;12:9;15:18;
16:16;18:19;19:16;
21:9,11;22:4,10;
23:14,15;28:25;29:2;
32:5;35:18,23
**exhibits (1)** 37:15
**experience (5)** 23:7;
31:6,20,21;35:4
**experienced (5)**
21:20;22:2,3;23:12,
13
**explain (10)** 7:2;9:21;
15:24;19:22;20:4;
24:19;25:12;27:21;
30:24;32:15
**explained (1)** 11:16
**express (2)** 16:12,14
**expressing (2)** 16:20;
17:13
**extension (2)** 30:4;
33:6
**extent (1)** 24:4

**F**

fact (2) 10:18;16:19
**factual (1)** 26:18
**faculty (8)** 27:1,11;
28:7,11,12,18,21;29:9
**fair (3)** 8:3,4;30:15
**familiar (5)** 7:18;
12:18;20:1;29:5;37:7
**February (7)** 7:19;
10:11;11:13;12:10;
14:16;15:22;36:21
**feel (2)** 14:11;21:17
**felt (1)** 16:1
**finalist (1)** 36:24
**find (4)** 26:25;31:23,
25;33:4
**fine (5)** 5:20;8:7;
18:18,22;34:23
**finish (1)** 25:4
**firm (1)** 4:8
**first (11)** 4:2;5:4,22;
7:16,25;9:5;12:8;19:19;
20:13,15;35:21
**firstly (1)** 11:25
**five (1)** 23:22
**follow (1)** 14:18
**follows (2)** 4:4;37:13
**follow-up (2)** 13:13;
35:14
**forgot (1)** 16:21
**form (15)** 4:20;19:3,
14;23:19;25:10;
26:14,15;27:8,13;
30:9,10;31:8;34:17,
18;35:8
**former (1)** 13:7

**formulate (1)** 34:10
**forward (1)** 21:3
**Foundation (1)** 29:22
**Friday (2)** 12:17;
14:16
**front (2)** 24:5,13
**full-time (1)** 29:23
**funded (1)** 28:1
**funding (8)** 25:20,25;
26:7,11,25,25;27:12;
28:6
**funds (1)** 28:15
**further (1)** 13:6

**G**

G-1 (7) 11:21,22;
12:9;15:18,20;16:16;
17:8
**general (1)** 7:5
**GIHHR (10)** 8:8,13,
17;12:1,5,7,18;33:23;
34:3;36:6
**given (1)** 15:14
**glass (1)** 5:17
**Global (1)** 8:8
**Good (1)** 4:7
**Graduate (6)** 6:19;
7:3,5;13:9,10;20:22
**grant (3)** 28:1,2;36:7
**grants (5)** 8:22,25;
34:7,12;35:5
**group (1)** 28:10
**guess (2)** 19:10;24:14
**guessed (1)** 18:9
**guidance (1)** 9:11

**H**

half (1) 25:20
**handled (2)** 17:2;
21:19
**happening (1)** 23:11
**Harvey (6)** 19:4;
21:12;22:13,17;
23:17,19
**Health (2)** 8:9;17:19
**hear (1)** 16:4
**heard (1)** 12:20
**hearing (1)** 18:7
**Hedberg (8)** 16:19,20;
19:2;21:13;22:14,18;
23:16;24:7
**held (2)** 6:22,25
**help (1)** 32:23
**high (2)** 25:18;35:11
**higher (1)** 27:3
**himself (2)** 13:3,20
**hired (3)** 27:25;28:12,
15
**HR (4)** 9:14;10:18;
20:10;22:9
**HRM-3 (1)** 22:19

**Human (2)** 8:9;22:9
**hypotheticals (1)**
26:17

**I**

identification (1) 11:23
**identified (5)** 10:25;
18:24;22:16;24:5;
32:13
**identify (2)** 6:15;11:20
**implicit (2)** 14:11,20
**implicitly (2)** 13:5,22
**include (2)** 6:11;28:7
**included (1)** 5:10
**indicates (1)** 23:18
**individual (1)** 12:11
**inform (1)** 9:16
**information (7)** 4:15;
10:7,20;11:13;16:2;
22:23,25
**informed (1)** 15:13
**initial (2)** 29:18,19
**Initially (4)** 27:22,24,
25;34:5
**initiate (3)** 17:25;
20:12;21:7
**initiated (1)** 19:8
**initiating (1)** 20:16
**initiative (1)** 28:5
**input (1)** 10:20
**insignificant (1)** 25:7
**instance (2)** 20:13,15
**Institute (1)** 8:9
**interest (1)** 8:25
**interpose (1)** 4:18
**interpret (2)** 30:11,19
**interpretation (2)**
32:22;33:8
**interpreting (1)** 32:24
**into (1)** 28:12
**investigation (15)**
7:23;9:4,6,18;10:3,8,
11,16,20,24;11:14;
15:9;17:1;36:20;37:1
**invited (2)** 12:22,23
**involved (3)** 10:18;
20:6;21:5
**involvement (1)** 11:12
**involves (1)** 30:25
**involving (1)** 4:10
**irrelevant (1)** 25:2
**issue (5)** 9:16;14:19;
24:1;33:7;34:22
**issues (6)** 4:13;13:14;
14:14,22,22;16:25

**J**

James (5) 10:6;15:21;
23:17;34:1,4
**Jim (1)** 36:16
**job (2)** 20:13,16

**Joe (2)** 4:8;34:19
**jogging (1)** 18:11

**K**

Kamiar (17) 4:9;8:19;
9:7,9,15;11:2,9;
15:13;17:23;19:2;
22:19,21,24;23:17;
28:9;32:15;33:3
**Kamiar's (2)** 23:1;
32:23
**kept (1)** 16:6
**KEVIN (4)** 4:1;6:6;
32:14;42:25
**kind (1)** 7:15
**knew (1)** 10:18
**knowledge (1)** 4:15

**L**

language (7) 13:19;
14:10;30:6,16;31:12;
33:3,7
**last (3)** 12:11;14:9;
36:18
**later (4)** 18:10,12,13;
19:9
**law (1)** 4:8
**lay (1)** 34:25
**layperson (1)** 35:3
**leadership (3)** 7:5;
12:17,18
**learn (2)** 9:5,17
**least (5)** 30:2;31:3,13;
33:4,10
**lecturer (1)** 29:23
**left (2)** 32:3;33:18
**letter (12)** 7:19;9:10,
15,24;21:14;22:20,
22;29:2,5;33:2,12;
35:24
**letters (1)** 29:9
**level (3)** 26:7,10;
27:11
**line (5)** 28:11,12,18,
21,24
**lines (4)** 27:1;28:7,7,
14
**lists (1)** 24:16
**long (3)** 6:22;29:11,
13
**look (3)** 11:20;16:23;
18:24
**looking (2)** 11:3;21:14
**looks (3)** 15:20;21:12;
32:14

**M**

main (2) 12:25;24:13
**makes (1)** 4:21
**making (3)** 19:19;

21:17,23
**many (2)** 30:17,17
**mark (1)** 11:21
**marked (3)** 7:13;
  11:22;35:23
**matter (2)** 18:22;
  37:17
**May (11)** 18:25;19:1,
  10;22:12,16;23:2,16;
  24:6;29:20;32:14;
  33:8
**mean (4)** 11:7;31:6,
  10,16
**meaning (1)** 5:9
**means (1)** 27:2
**meant (1)** 28:21
**meeting (14)** 8:23;
  12:16,19,20;13:3,24;
  14:2,16,23,24;15:7;
  16:3;17:7,10
**meetings (1)** 16:25
**memory (1)** 18:11
**mentioned (5)** 10:3;
  15:12;30:23;32:20;
  34:6
**message (2)** 9:9,13
**middle (2)** 22:15;
  26:24
**might (7)** 4:15,18;
  9:14;11:1;16:18;
  17:19;37:9
**million (1)** 25:20
**minor (1)** 25:1
**Monday (1)** 23:16
**more (2)** 18:16;31:24
**moreover (1)** 13:1
**most (1)** 26:11

**N**

**name (3)** 4:7;6:4;
  12:11
**national (1)** 36:7
**need (3)** 4:24;5:16,19
**New (5)** 4:10;8:2;
  28:20;30:1;32:21
**non-approval (1)**
  21:23
**non-renew (4)** 20:2,
  10,23;31:22
**non-renewal (16)**
  17:25;18:3,7,13;
  19:4,7;20:9,12,17;
  21:7,14;23:9,20,25;
  24:8;32:1
**non-stipendiary (1)**
  36:3
**non-tenured-track (1)**
  29:24
**Nope (1)** 17:3
**note (1)** 30:20
**notice (2)** 9:10;20:11
**Number (4)** 21:9;

23:14;32:6;35:19

**O**

**oath (1)** 5:1
**object (8)** 5:9;26:14;
  27:8,13;30:8;31:8;
  34:16;35:7
**objection (5)** 4:21,22;
  5:7,8;19:14
**objections (1)** 4:18
**objects (1)** 4:19
**obligation (1)** 29:23
**Obviously (3)** 13:2,17;
  17:17
**occasion (1)** 18:2
**occurred (2)** 12:16;
  15:8
**off (3)** 5:12,22;28:2
**office (1)** 16:22
**official (1)** 5:11
**one (8)** 11:1;14:10;
  20:22,23;24:12,23;
  34:3;36:18
**only (3)** 26:17,17;
  37:15
**operations (2)** 8:13,17
**opinion (10)** 26:16;
  30:16;34:11,14,18,19,
  21,25;35:3,10
**opportunity (1)** 31:25
**organized (1)** 12:17
**otherwise (1)** 4:23
**out (1)** 5:10
**outreach (1)** 36:7
**outside (1)** 10:18
**Over (5)** 10:22;17:20;
  27:3;34:7,11
**oversight (4)** 7:7;8:13,
  16;36:7

**P**

**page (4)** 12:15;18:19;
  24:13;35:21
**PAGE/LINE (1)** 42:2
**pages (1)** 7:16
**paid (1)** 28:2
**paragraph (8)** 12:25;
  14:9;24:13,14;26:23;
  29:17,18;35:25
**part (14)** 5:10;13:2,
  19;14:10;15:20;17:8;
  19:3;21:13;22:17;
  24:15;28:9;30:12,14;
  31:4
**participate (1)** 10:10
**particular (1)** 14:5
**parts (1)** 13:1
**people (5)** 14:6;17:6,
  13,15;35:4
**performance (2)** 20:7,
  12

**performing (1)** 35:5
**perhaps (1)** 16:19
**period (1)** 27:22
**person (4)** 13:14;
  20:15;27:6;31:23
**personnel (1)** 12:5
**place (2)** 14:12,21
**plan (1)** 20:8
**please (7)** 5:13;
  11:20;14:8;15:18;
  27:21;29:16;35:10
**pm (2)** 22:16;37:18
**point (1)** 11:2
**points (1)** 24:16
**policies (2)** 7:7;29:25
**Policy (1)** 28:17
**portion (2)** 15:19;
  21:10
**pose (1)** 5:21
**position (15)** 6:18,22,
  24,25;8:11,15;23:8;
  25:8;26:3;27:6;
  28:16;29:24;30:14;
  33:22;36:25
**positions (1)** 25:23
**possible (3)** 4:12;
  30:3;33:6
**possibly (1)** 19:11
**P-O-U-R-T-A-H-E-R (1)**
  12:12
**practically (1)** 21:16
**preparation (2)** 6:8,11
**preserve (1)** 4:19
**President (5)** 23:22;
  33:25;36:9,12,17
**previously (2)** 7:13;
  24:10
**probably (2)** 13:16;
  16:19
**probe (1)** 4:14
**problem (1)** 5:18
**procedures (1)** 7:8
**process (4)** 20:1,5,12,
  17
**produced (1)** 26:17
**professional (1)** 36:4
**Professor (5)** 6:20,25;
  24:22;28:20;29:1
**professors (3)** 17:18;
  26:9,11
**program (1)** 7:8
**programming (1)** 36:8
**programs (2)** 7:6;9:1
**project (3)** 17:20;
  27:25;28:3
**projected (3)** 13:5,22;
  26:25
**proposal (2)** 28:9,10
**proposals (1)** 28:6
**provide (3)** 7:5;20:11;
  26:16
**provided (5)** 11:5;
  16:2;28:11;31:2;

32:24
**provides (1)** 23:20
**providing (2)** 26:21;
  30:6
**Provost (20)** 6:19;7:3;
  10:2,2,5,23;16:10,11,
  17,21,22;19:3;21:6,
  15,18;22:20;23:1,4,8,
  19
**Psychology (1)** 6:21
**public (2)** 17:18;28:17
**purpose (1)** 15:24
**pursue (1)** 23:9
**push (1)** 21:2
**put (1)** 7:15

**Q**

**quality (4)** 34:11,25;
  35:6,11
**quotations (1)** 33:11
**quotes (1)** 33:9

**R**

**racial (4)** 14:12,20,24;
  15:1
**raised (2)** 14:14,23
**raises (1)** 14:19
**raising (3)** 13:14;
  14:15;17:16
**Randy (3)** 22:6,13,17
**range (1)** 17:18
**reach (1)** 27:3
**re-ask (1)** 26:4
**reason (2)** 5:24;42:2
**recall (21)** 7:20;11:8,
  17;12:4,12;13:16,18;
  14:1,1;15:2,2;16:13,
  18,20;17:15,21;18:6,
  9;28:3,13;33:2
**receive (1)** 17:5
**received (9)** 9:9,10;
  13:15
**receiving (4)** 12:4,12;
  15:4,6
**recess (1)** 35:16
**recognize (4)** 15:19;
  24:5;32:11,21
**recollection (1)** 19:6
**recommend (1)** 22:23
**recommendation (5)**
  21:15,18,22,24;23:10
**recommending (1)**
  22:21
**record (7)** 4:19;5:9,
  12,22;6:5;8:1;30:21
**refer (13)** 8:1,8;12:10;
  18:18;19:16;21:9;
  22:4;23:14;28:25;
  32:5;35:18,22,25
**referred (1)** 13:19
**referring (10)** 8:2,8;

12:19;13:20;14:16;
  19:11;21:10;35:20;
  36:13,16
**refers (1)** 12:16
**reflected (4)** 16:8,15;
  17:7;26:13
**reflects (2)** 23:21;
  33:13
**refresh (1)** 19:6
**regarding (10)** 4:10;
  9:19;12:6,6;13:14;
  15:7;16:8;23:25;
  29:4;34:14
**registrations (1)** 7:8
**related (1)** 16:1
**relevant (1)** 4:13
**remarkable (1)** 25:21
**remember (4)** 11:8,
  24;18:17;28:8
**renew (4)** 19:23;23:1,
  5;33:17
**renewable (1)** 28:22
**renewal (1)** 19:1
**renewals (1)** 22:11
**renewed (3)** 22:21,24;
  33:6
**repeat (3)** 8:14;11:15;
  31:10
**rephrase (2)** 5:15;
  34:22
**replied (1)** 13:17
**report (4)** 9:14;33:25;
  34:3;36:8
**reports (1)** 20:23
**represent (1)** 4:9
**request (2)** 23:8;
  32:23
**requesting (1)** 21:22
**requests (1)** 37:13
**required (2)** 4:20;27:1
**research (12)** 8:21;
  28:7,12;29:1,22;
  33:21,23,25;34:1;
  36:9,12,17
**Resources (2)** 8:9;
  22:9
**respect (1)** 26:24
**respective (1)** 8:25
**respond (5)** 5:5,13,21,
  25,25
**responded (1)** 24:2
**response (7)** 23:23,
  25;24:7,10,11;32:17,
  23
**responsibilities (3)**
  7:2,10;8:16
**responsibility (4)** 8:12;
  20:14,16;36:6
**responsible (1)** 20:16
**result (1)** 20:9
**results (1)** 26:12
**review (4)** 6:7;24:10;
  32:8;35:13

reviewed (3) 20:20;
24:11;30:3
reviews (2) 20:7,9
right (4) 21:4;35:21;
37:1,10
Rockefeller (2) 28:16;
36:5
role (2) 10:10;36:8
ROTONDI (13) 19:14;
25:9;26:14;27:8,13;
30:8,18;31:8,18;
34:16;35:7,15;37:16

**S**

same (5) 5:6;6:24;
7:10;26:3,12
saying (1) 11:6
School (4) 6:19;7:3;
17:18;20:22
screen (2) 7:15;36:1
scroll (6) 7:16;12:15,
25;14:7;15:17;29:16
second (3) 16:23;
24:14;29:17
security (4) 30:2;31:3,
13;33:4,9
seeing (1) 7:20
seeking (2) 22:24;
36:19
selected (1) 36:24
sending (1) 15:24
senior (1) 36:24
sent (1) 22:18
serve (1) 36:5
share (5) 10:7;16:7,
15;34:14;35:10
sharing (1) 13:25
SHEET (1) 42:1
show (2) 7:13;11:19
shown (2) 22:19;26:8
sic (1) 33:6
sign (1) 22:22
signed (2) 19:3;23:19
significant (6) 24:25;
25:6,16,17;26:7;27:5
similar (12) 13:25;
14:14,22,22;17:5,17;
25:22,24;26:11;29:8;
31:12;32:18
simply (1) 5:5
situation (9) 4:16;
17:14;18:3;21:6,17,
20;26:2;32:17,24
six (1) 25:20
slowly (1) 7:15
solicit (2) 10:19;11:13
somebody (2) 21:21;
25:7
somewhere (1) 28:14
sorry (10) 6:4;9:13;
13:11,13;16:13;
18:17;21:3;25:4;

29:11;31:11
sort (2) 16:22;28:20
sound (1) 37:6
speak (1) 18:2
specific (3) 15:3;28:4;
29:5
specifically (1) 17:21
Standard (1) 37:14
Stark (2) 22:6,13
start (4) 20:18;21:1;
27:24;36:2
started (3) 24:15;
36:20;37:1
starts (4) 12:25;23:15;
26:24;29:18
State (4) 4:10;6:4;8:2;
30:1
statement (2) 23:23,
25
states (1) 19:2
Stellar (9) 10:6,23;
15:21,25;16:10,17;
23:4,8,17
stenographer (3) 5:1;
7:14;11:20
still (6) 4:20,24;8:22,
23;28:24;32:3
stopped (1) 10:2
strategic (1) 7:6
strike (10) 10:13,14;
11:17,18;15:5,16;
20:14;26:21;29:12;
36:10
strong (2) 14:11,20
structures (1) 33:21
student (8) 12:19;
13:7,8,9,9,10;14:15,
19
students (3) 17:6,20,
23
student's (1) 17:7
subject (2) 22:11;
42:19
submit (2) 23:22;28:6
submitted (1) 28:1
submitting (1) 23:24
subsequent (1) 13:18
summer (1) 19:9
SUNY (26) 4:11;7:19,
22;8:1,1,11;9:1,4,17;
10:16;12:4;16:8;
17:24;18:4;19:11,18;
20:1;21:21;27:19;
28:5;29:2,9,14,22;
33:21;35:24
supervisor (7) 20:18,
19;21:1,6,22;23:9,10
Sure (10) 8:15;9:9,15;
11:16;12:2,3;14:18,
19;31:12;35:15
swear (1) 5:1
sworn (1) 4:3

**T**

talk (3) 5:19,22;27:16
talked (2) 9:13;11:1
talking (2) 5:2,6
target (1) 27:4
targets (1) 27:12
technically (1) 8:4
tenure (1) 28:22
tenure-track (1) 28:18
term (6) 19:1;22:11;
28:19;30:7;32:19,21
terminate (3) 19:12,
19,24
terms (8) 20:2;25:24;
26:3;27:17,18;30:6;
31:4,16
testified (2) 4:3;11:11
thought (6) 18:12,13,
16;19:9;32:25;35:11
three (3) 29:20;36:2,4
times (2) 27:3;30:17
title (3) 16:21,23;
29:24
today (4) 4:12;6:1,11;
7:11
today's (1) 6:8
together (2) 8:24;
34:12
track (1) 28:22
transcript (5) 5:2,11;
37:13;42:20,22
transpiring (1) 15:8
true (2) 42:20,22
trustees (1) 29:25
truthfully (1) 5:25
try (1) 4:14
two (11) 7:16;27:1;
30:2;31:3,13,23,24;
32:3;33:4,10,18
two-minute (1) 35:13
type (6) 5:6;17:5;
26:12;29:8;30:16;
35:5
typed (1) 5:10
types (2) 16:15;25:24
typical (1) 23:7

**U**

UAlbany (2) 24:15;
27:10
ultimately (1) 19:19
uncomfortable (1)
21:17
under (2) 5:1;32:18
underlined (1) 13:1
underlying (2) 9:18;
14:10
undertaking (1) 7:22
Unfavorable (1) 20:9
unit (1) 21:2

units (1) 28:5
University (14) 6:20,
21;7:6;8:2,4,6;12:17;
24:22;28:6;30:1;
31:22;33:16;36:17;
37:3
Unless (2) 4:23;5:11
unsatisfactory (1)
20:11
up (4) 7:15;15:17;
16:23;27:24
used (5) 8:7;22:23;
28:19;32:19;33:11

**V**

vaguely (2) 13:4,22
Vice (9) 6:19;7:3;
16:11,22,22;33:25;
36:9,12,16
vis-à-vis (2) 13:4,21

**W**

wait (1) 4:22
water (1) 5:17
way (2) 7:1;24:2
whatnot (1) 5:17
What's (6) 6:18;7:13;
16:8;22:8;35:23;
36:15
Whereupon (2) 35:16;
37:17
whole (1) 27:23
who's (1) 20:13
William (4) 19:2;
22:14;23:16;24:6
WILLIAMS (14) 4:1,7;
6:6,7;18:20,21,23;
24:4;32:8,14;35:2,18,
22;42:25
without (1) 21:18
witness (5) 4:2,13;
26:18;30:9;34:20
wording (1) 33:12
words (1) 8:24
work (10) 8:19;15:15;
20:8,10;34:12,12,15,
25;35:5,6
worked (1) 8:24;
17:19,23;34:7
working (6) 9:1;23:7,
22;24:15;29:11;35:2
write (2) 30:11;33:16
writing (1) 22:18
written (2) 24:12;28:1
wrote (3) 28:8,9,10

**Y**

year (4) 18:10;28:13;
30:4;33:7
years (12) 17:21;

28:4;29:20;30:2;31:3,
13,23,24;32:3;33:5,
10,18
Yep (2) 8:10;11:24
York (6) 4:11;8:3;
30:1;36:25;37:4,5
Young/Sommer (1)
4:9

**1**

1 (1) 29:20
12 (1) 28:13
12-month (1) 29:23
14 (3) 12:10;15:22;
23:16
14th (3) 18:25;19:1,
10
16 (2) 29:3;35:24
17 (1) 8:23
18 (1) 8:23
1987 (2) 7:1;29:15

**2**

2 (4) 12:15;22:16;
23:3;35:19
2:40 (1) 37:18
2010 (1) 6:23
2011 (2) 28:1,13
2014 (2) 29:3;35:24
2017 (4) 8:20;32:14;
33:9;34:15
2018 (31) 6:24;7:11,
19,23;8:12,15,16,20;
9:5,19;10:11,11,17;
11:13,14;12:1,10;
14:17;15:22;18:11;
19:20;22:6,12,16;
23:3,17;24:6;27:24;
28:24;34:15;36:21
2020 (1) 28:5
21 (1) 27:3
28th (1) 21:12
2nd (1) 22:12

**3**

3 (1) 21:9
31 (2) 32:14;33:8

**4**

4 (1) 32:6

**5**

5:00 (1) 22:16

**6**

6 (1) 23:14

---

**8**

---

**8 (2)** 7:19;24:6