

ATTORNEYS AT LAW
_____

MAIN OFFICE (FOR ALL MAIL): 500 FEDERAL STREET, 5TH FLOOR, TROY, NEW YORK 12180
ALBANY OFFICE: 41 STATE STREET, STE 604-12, ALBANY, NEW YORK 12207
_____

Phone: 518-438-9907 • Fax: 518-438-9914
_____

www.youngsommer.com

Joseph F. Castiglione, Esq.
Writer's Telephone Extension: 226
jcastiglione@youngsommer.com

May 7, 2025

**VIA ECF**
Hon. Brenda K. Sannes, Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

      *Re:*   *Alaei v. SUNY Albany Northern District of New York 21-CV-377 (BKS/TWD);*
             *Additional Deposition Transcript to be Used at Trial.*

Dear Judge Sannes:

      Pursuant to this Court's Trial Order dated June 17, 2024 (Doc 93), on April 29, 2025, the Plaintiff, Dr. Kamiar Alaei, provided the Court with its proposed non-videotaped deposition transcripts to be used at Trial in this matter (Doc 120). Plaintiff respectfully requests that the Court also include the Deposition transcript of Chantel Botticelli (formerly Cleary) from July 26, 2023. A copy of which is attached hereto as **Exhibit A**.

      Please let me know if you have any questions.

                                Respectfully submitted,

                                Joseph F. Castiglione

Enclosure

cc:    David C. White, Esq. (Via ECF)