

ATTORNEYS AT LAW

Main Office (for all mail): 500 Federal Street, 5th floor, Troy, New York 12180
Albany Office: 41 State Street, Ste 604-12, Albany, New York 12207

Phone: 518-438-9907 • Fax: 518-438-9914

www.youngsommer.com

Joseph F. Castiglione, Esq.
Writer's Telephone Extension: 226
jcastiglione@youngsommer.com

June 11, 2025

**VIA ECF ONLY**
Hon. Brenda K. Sannes
United States District Court, Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7336
Syracuse, NY 13261-7336

**RE:   Alaei v SUNY Albany, et al; 21-CV-377 (BKS/TWD);
         Request for Brief Extension**

Dear Judge Sannes:

I am contacting the Court on behalf of the Plaintiff Dr. Kamiar Alaei to request a brief extension of the June 13, 2025 deadline for Plaintiff to provide further briefing on the issues of collateral estoppel, lost benefits, medical expenses, and lost opportunities. Plaintiff previously filed the specific transcript designations with respect to each transcript Plaintiff seeks to use at trial on June 5, 2026 (Document 142)..

Plaintiff respectfully requests an extension until June 20, 2025 to submit his supplemental briefing regarding collateral estoppel, lost benefits, medical expenses, and lost opportunities. Defendant's counsel David White, Assistant Attorney General, consents to the request.

This request is due in part to my having to focus on seeking an injunction in an unrelated State Court matter that has required substantive preparation, among other work issues. I am respectfully requesting that the Court allow the Plaintiff to submit its respective pretrial submissions on or by Friday, June 20, 2025, with the Defendant's response times be extended by one week to July 3, 2025. Defendant's counsel, David White, consents to the requested extension.

Thank you for your consideration.

                                        Respectfully submitted,

                                        Joseph F. Castiglione
                                        Bar Roll No. 512406

cc:    David C. White, Esq.