UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. KAMIAR ALAEI,<br><br>                              *Plaintiff*,<br><br>-against-<br><br>STATE UNIVERSITY OF NEW YORK AT ALBANY,<br><br>                              *Defendant*. | **NOTICE OF MOTION**<br><br>21-CV-0377<br>(BKS) |

PLEASE TAKE NOTICE that upon Defendant's Memorandum of Law in Support of Motion *in Limine*, ECF No. 110, the Court's Memorandum-Decision and Order, ECF No. 141, the accompanying memorandum of law, and upon all prior proceedings, Defendant, State University of New York at Albany, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Local Rule 60.1, for reconsideration of Defendant's Motion *in Limine*, and an order (1) permitting Defendant to introduce the Title IX investigative report into evidence; and (2) precluding Plaintiff from attempting to impeach a non-party witness about findings in an unrelated litigation that the witness's prior conduct "indicated some misjudgment" and she used an "unfortunate tone," together with such other or further relief as may be just.

Dated: Albany, New York
       June 12, 2025

        LETITIA JAMES
        New York State Attorney General
        Attorney for Defendant
        The Capitol
        Albany, New York 12224-0341


        By: _____
        David C. White
        Assistant Attorney General
        Bar Roll No. 700203
        Telephone: 518-776-2601
        Email: David.White@ag.ny.gov


        By: _____
        Matthew J. Gallagher
        Assistant Attorney General
        Bar Roll No.   701111
        Telephone: 518-776-2284
        Email: Matthew.Gallagher@ag.ny.gov

**To (via ECF):**
All counsel of record