

ATTORNEYS AT LAW

MAIN OFFICE (FOR ALL MAIL): 500 FEDERAL STREET, 5TH FLOOR, TROY, NEW YORK 12180
ALBANY OFFICE: 41 STATE STREET, STE 604-12, ALBANY, NEW YORK 12207

Phone: 518-438-9907 • Fax: 518-438-9914

www.youngsommer.com

Joseph F. Castiglione, Esq.
Writer's Telephone Extension: 226
jcastiglione@youngsommer.com

June 24, 2025

**Via ECF Only**
Hon. Brenda K. Sannes
United States District Court, Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7336
Syracuse, NY 13261-7336

      **RE:**    **Alaei v SUNY Albany, et al; 21-CV-377 (BKS/TWD); Request for Brief Extension – Defendants' Motion for Reconsideration**

Dear Judge Sannes:

    I am contacting the Court on behalf of Plaintiff Dr. Kamiar Alaei to respectfully request a brief extension of the July 3, 2025 deadline for Plaintiff to file his response to Defendant's Motion for Reconsideration on Motion in Limine (Doc No. 145), filed on June 12, 2025.

    Due to my ongoing litigation calendar, the upcoming holiday, as well as an administrative proceeding scheduled to begin on July 1, 2025, that has required significant preparation, I am requesting that the Court allow the Plaintiff to submit his response on or by Monday, July 14, 2025 and Defendant shall file its reply on or by July 25, 2025. I communicated my request to Defendant's counsel David White, Assistant Attorney General, and he consented to the requested extension.

    For the above reasons, the Plaintiff respectfully requests an extension of the response times, in accordance with the above.

                                        Respectfully submitted,

                                        Joseph F. Castiglione
                                        Bar Roll No. 512406

cc:     David C. White, Esq.