

**Office of the New York State Attorney General**

**Letitia James Attorney General**

July 8, 2025

<u>VIA ECF</u>
Hon. Brenda K. Sannes, Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

    Re: *Alaei v. SUNY Albany*
        Northern District of New York
        21-CV-377 (BKS/TWD)

Dear Hon. Judge Sannes:

    As the Court is aware, there is currently a pre-trial conference in this matter scheduled for August 25, 2025, at 10:00 A.M. in Syracuse, New York. Please accept this correspondence as Defendant's request for the conference to be re-scheduled for the following week, September 2, 2025.[1] The reason for this request is that I am trial counsel in a case that has just been scheduled for trial by Judge D'Agostino beginning on August 25, 2025. The case is *Holley v. Spinner et al.* 22-cv-01119. Accordingly, I will not be available for the August 25th pre-trial conference. As I have been lead counsel on this case since April of 2022, I believe it is important for me to be present at the pre-trial conference to deal with any issues that arise and participate in trial discussions.

    Plaintiff's counsel consents this request and has advised he is available on September 3rd and 4th. Defense counsel is also available on both of those dates.

    Thank you for the Court's courtesies in this matter.

---

[1] Defendant is aware that September 1, 2025, is a federal holiday.

Respectfully,

By: _____
David C. White
Assistant Attorney General
Telephone: 518-776-2601
Email: David.White@ag.ny.gov

Cc: All counsel of record (via ECF)